**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03427-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

BILL GUINN

    Plaintiff/Petitioner,

v.

JUDGE DaVITA, Jefferson County District Court,
JUDGE RANDALL, Jefferson County District Court,
COLORADO SUPREME COURT JUDGES,
JEFFCO COMBINED COURTS,
UNKNOWN JEFFCO DEPUTY DISTRICT ATTORNEYS,
JEFFCO DISTRICT ATTORNEY'S OFFICE,
BLOODWORTH, Jeffco Deputy Public Defender, and
JEFFCO PUBLIC DEFENDER'S OFFICE,

    Defendants/Respondents.

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Bill Guinn currently resides in Denver, Colorado.  On December 18, 2014, he submitted an Amended Complaint[1] to the Court.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   <u> X </u>   is not submitted
(2)   <u>   </u>   is not on proper form (must use the Court's current form)

---

[1] The only complaint received by the Court was submitted on December 18, 2014.  No complaint was received by the Court on December 14, 2014.

(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit
(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not properly notarized
(7) \_\_ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9) \_\_ is not submitted
(10) \_\_ is not on proper form (must use the court's current form)
(11) \_\_ is missing an original signature by the Plaintiff
(12) \_\_ is incomplete
(13) \_\_ uses et al. instead of listing all parties in caption
(14) \_\_ names in caption do not match names in text of Complaint
(15) \_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs, along with the applicable instructions, at [www.cod.uscourts.gov](http://www.cod.uscourts.gov), and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 22, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge