IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03427-LTB

BILL GUINN,

    Plaintiff,

v.

JUDGE DaVITA, Jefferson County District Court,
JUDGE RANDALL, Jefferson County  District Court,
UNKNOWN COLORADO SUPREME COURT JUDGES,
JEFFCO COMBINED COURTS,
UNKNOWN JEFFCO DEPUTY DISTRICT ATTORNEYS,
JEFFCO DISTRICT ATTORNEY'S OFFICE,
BLOODWORTH, Jeffco Deputy Public Defender, and
JEFFCO DEPUTY PUBLIC DEFENDER'S OFFICE,

    Defendants.

## ORDER

On February 19, 2015, the Court dismissed this action because Plaintiff failed to comply with the Court's December 22, 2014 Order and submit his request to proceed without payment of filing fee on a Court-approved form.  On March 5, 2015, Plaintiff filed an Objection to the Order of Dismissal.  In the Objection, Plaintiff asserts that he filed his request on a proper form, but inadvertently the request was used, along with a Complaint that was suppose to be filed as an Amended Complaint in this case, to open Case No. 15-cv-00035-LTB.  The Court, therefore, directs the Clerk of the Court to reopen the instant action pursuant to the order entered on March 23, 2015, in Case No. 15-cv-00035-LTB.  Accordingly, it is

ORDERED that the Order of Dismissal and the Judgment entered on February 19, 2015, are vacated.  It is

FURTHER ORDERED that the Complaint is reinstated. It is

FURTHER ORDERED that the action is returned to the Pro Se Docket for further initial review.

DATED at Denver, Colorado, this  24th  day of   March  , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court